**Appeal No. 25-99**

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

_____

HOWARD WALTHER and IULIIA WALTHER,

*Appellants and Plaintiffs,*

v.

MONTECITO BANK & TRUST, etc.

*Respondents and Defendants.*
_____

Appeal from the United States District Court
Central District of California
Honorable Judge Fernando Aenlle-Rocha
Case No. 2:24-cv-01936-FLA-BFM
_____

**NOTICE OF SETTLEMENT**
_____

LAW OFFICES OF MICHAEL LABRUM
Michael Labrum (State Bar No. 284403)
Michael@LabrumLaw.com
2625 Townsgate Road, Suite 330
Westlake Village, California 91361
Tel. (805) 267-1171; Fax (805) 267-1171

Attorneys for Appellants and Plaintiffs
Howard and Iuliia Walther

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 3.2229 of the California Rules of Court, Appellant hereby notifies the Court that the case has settled. The request for dismissal will be filed within 45 days after the date of the settlement. The date of settlement was July 10, 2025.

The parties and their respective attorneys are presently drafting the written settlement agreement.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

DATED: 7/21/2025                                  Law Offices of Michael Labrum

*[signature]*

By: Michael Labrum
Attorneys for Appellants and
Plaintiffs Howard Walther and Iulia
Walther

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2025 I served a true and correct copy of the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court for the United State Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

The attorneys of record for the parties in this matter who are registered as CM/ECF users will electronically served by the appellate CM/ECF system.

_____
Michael Labrum
Attorneys for Appellants/Plaintiffs